# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
No. 20-1097V

| | |
|---|---|
| ELENORA PLAVNIK,<br><br>               Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>               Respondent. | Chief Special Master Corcoran<br><br>Filed: October 17, 2023 |

*Lawrence R. Cohan*, Saltz, Mongeluzzi & Bendesky, Philadelphia, PA, for Petitioner.

*Christine Mary Becer*, U.S. Department of Justice, Washington, DC, for Respondent.

## DECISION AWARDING DAMAGES[1]

On August 28, 2020, Elenora Plavnik filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered a shoulder injury related to vaccine administration ("SIRVA") as a result of an influenza vaccine administered on October 1, 2018. Petition at 1, 4. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On July 18, 2023, a ruling on entitlement was issued, finding Petitioner entitled to compensation for a SIRVA. On October 16, 2023, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $77,500.00 for pain and suffering. Proffer at 2. In the Proffer, Respondent represented that Petitioner agrees with

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **I award Petitioner a lump sum payment of $77,500.00 in the form of a check payable to Petitioner.** This amount represents compensation for all damages that would be available under Section 15(a).

The Clerk of Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| ELENORA PLAVNIK, ) ) ) Petitioner, ) ) v. ) ) SECRETARY OF HEALTH AND ) HUMAN SERVICES, ) ) Respondent. ) ) | No. 20-1097V<br>Chief Special Master Corcoran<br>ECF |

## RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

**I.** **Procedural History**

On August 28, 2020, Elenora Plavnik ("petitioner") filed a petition for compensation under the National Childhood Vaccine Injury Act of 1986, as amended ("the Vaccine Act" or "the Act"), 42 U.S.C. §§ 300aa-1 to -34. Petitioner alleges that she suffered a "vaccine-related shoulder injury" as a result of an influenza ("flu") vaccine administered to her on October 1, 2018. Petition at 1, 4.

On July 14, 2023, the Secretary of Health and Human Services ("respondent") filed a Vaccine Rule 4(c) Report conceding that this case is appropriate for compensation under the terms of the Act for a left-sided Shoulder Injury Related to Vaccine Administration ("SIRVA") Table injury. ECF No. 41. On July 18, 2023, Chief Special Master Corcoran issued an entitlement ruling in favor of petitioner. *See* Ruling on Entitlement (ECF No. 43).

II.   **Items of Compensation**

Respondent proffers that petitioner should be awarded $77,500.00 for pain and suffering. This represents all elements of compensation to which petitioner is entitled under 42 U.S.C. § 300aa-15(a). Petitioner agrees.

III.   **Form of the Award**

Petitioner is a competent adult. Evidence of guardianship is not required in this case. Respondent recommends that the compensation provided to petitioner should be made through a lump sum payment as described below and requests that the Chief Special Master's decision and the Court's judgment award the following[1]: a lump sum payment of $77,500.00, in the form of a check payable to petitioner.

IV.   **Summary of Recommended Payments Following Judgment**

Lump sum payable to petitioner, Elenora Plavnik:        **$77,500.00**

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

C. SALVATORE D'ALESSIO
Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

TRACI R. PATTON
Assistant Director
Torts Branch, Civil Division

---

[1] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief. In particular, respondent would oppose any award for future pain and suffering.

                                                   s/Christine Mary Becer  
                                                   CHRISTINE MARY BECER  
                                                   Trial Attorney  
                                                   Torts Branch, Civil Division  
                                                   U.S. Department of Justice  
                                                   P.O. Box 146  
                                                   Benjamin Franklin Station  
                                                   Washington, D.C. 20044-0146  
DATED: October 16, 2023                 Tel:  (202) 616-3665